This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40459

**ANDRAS SZANTHO, Personal**
**Representative of the Wrongful Death**
**ESTATE OF MARY BELL BACA,**

     Plaintiff-Appellee,

v.

**BELEN MEADOWS HEALTHCARE AND**
**REHABILITATION CENTER, LLC d/b/a**
**BELEN MEADOWS HEALTHCARE AND**
**REHABILITATION CENTER; GENESIS**
**HEALTHCARE, INC.; GENESIS**
**HEALTHCARE, LLC; and GENESIS**
**ADMINISTRATIVE SERVICES LLC,**

     Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Bryan P. Biedscheid, District Court Judge**

Ron Bell Injury Lawyers
Lee Coleman
Albuquerque, NM

Reddick Law Firm, PLLC
Brian D. Reddick
Robert W. Francis
Little Rock, AR

for Appellee

Rodey, Dickason, Sloan, Akin & Robb, P.A.
Jocelyn Drennan
Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**HANISEE, Judge.**

**{1}**     Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**GERALD E. BACA, Judge**